Passarelli et ux. *v.* Shields, Appellant.

Submitted November 12, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Lee C. McCandless,* for appellant.

*William C. Robinson,* and *Henninger & Robinson,* for appellees.

OPINION PER CURIAM, December 17, 1959:
The order of the Court of Common Pleas of Butler County is affirmed on the opinion of Judge GRAFF, President Judge of the 33rd Judicial District, specially presiding for the court below, reported at 19 Pa. D. & C. 2d 66.